1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GENE BOHANNON,[1]

11          Plaintiff,                    No. CIV S-07-0066 DFL DAD P

12       vs.

13   DEPT OF CORRECTIONS, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.[2]  Plaintiff alleges violations of his civil rights by defendants employed at

18   Pleasant Valley State Prison and unidentified "B.P.T. Hearing Staff."

19          It appears that the alleged civil rights violations by named defendants took place

20   in Fresno County, which is part of the Fresno Division of the United States District Court for the

21

22          [1]  Although plaintiff has entered his name as "Bohanon" twice on the first page of the
     complaint and also appears to have signed his name "Bohanon" on the third page of the
23   complaint, the attached verification and certificate of service form reveals that plaintiff's name is
     "Bohannon" and his CDCR number is E-68402.  Seven previous actions have been filed in this
24   court with the CDCR identification number E-68402 under the name Gene or Gene L. Bohannon.

25          [2]  Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.
     In addition, plaintiff has falsely alleged that he has brought no other lawsuits while a prisoner.
26   The court's records reveal that he has filed at least seven previous lawsuits in this district.

                                            1

1  Eastern District of California.  See Local Rule 3-120(d).  A civil action that has not been

2  commenced in the proper division of this court may, on the court's own motion, be transferred to

3  the proper division of the court.  See Local Rule 3-120(f).  Therefore, this action will be

4  transferred to the Fresno Division of the court.

5          Good cause appearing, IT IS HEREBY ORDERED that:

6          1.  The Clerk of the Court is directed to amend the docket for this action to reflect

7  that plaintiff's last name is spelled "Bohannon," as reflected on page four of the complaint and in

8  accordance with seven previous actions brought by the plaintiff in this district;

9          2.  This action is transferred to the United States District Court for the Eastern

10  District of California sitting in Fresno; and

11          3.  All future filings shall reference the new Fresno case number to be assigned to

12  the case and shall be filed at:

13                  United States District Court
                    Eastern District of California
14                  2500 Tulare Street
                    Fresno, CA 93721
15

16  DATED: January 16, 2007.

17

18                                  _____
                                    Dale A. Drozd
19                                  DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

20  DAD:13:bb
    boha0066.22fn
21

22

23

24

25

26

2