# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE L. BOHANNON, | CV F  07 0093 OWW SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (Doc. 10.) |
| DEPT. OF CORRECTIONS, , et. al., | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE  AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| Defendants. | |

Gene L. Bohannon ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on January 10, 2007 in the Sacramento Division of the U.S. District Court for the Eastern District of California.  On March 12, 2007, the Court ordered Plaintiff to complete and submit an application to proceed in forma pauperis.  On march 22, 2007, Plaintiff moved to have his case voluntarily dismissed.  Plaintiff states that the information provided is incomplete or incorrect and he wishes to file a new action with the assistance of an attorney.  Thus, it is his intent to do so after he retains an attorney.

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'"

1

Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.   No defendant has filed an answer or other responsive pleading.

Accordingly, the Court HEREBY ORDERS:

1. Plaintiff's Motion for Voluntary Dismissal is GRANTED; and
2. the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

**Dated:   March 28, 2007**
emm0d6

/s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE